1    SCOTT N. SCHOOLS (SCBN 9990)
     United States Attorney

2

3    MARK L. KROTOSKI (CABN 138549)
     Chief, Criminal Division

4    WENDY THOMAS (NYBN 4315420)
     Special Assistant United States Attorney

5

6        450 Golden Gate Avenue
         San Francisco, California  94102
7        Telephone: (415) 436-6809
         Facsimile: (415) 436-7234
8        E-Mail: wendy.thomas@usdoj.gov

9    Attorneys for Plaintiff

10                        UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13   UNITED STATES OF AMERICA,           )    Criminal No. CR 3-07-70270 EDL
                                         )
14            Plaintiff,                 )
                                         )
15                                       )
                                         )    [PROPOSED] ORDER AND
16       v.                              )    STIPULATION EXCLUDING TIME
                                         )    FROM MAY 17, 2007 TO MAY 25, 2007
17   GHIA ROLDAN ANGELES,                )
                                         )
18            Defendant.                 )
                                         )
19   _____)

20

21        The parties appeared before the Honorable Nandor J. Vadas on May 17, 2007.

22   With the agreement of counsel for both parties, the Court found and held as follows:

23        1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

24   3161(b), and under Federal Rule of Criminal Procedure 5.1, from May 17, 2007 to May 25,

25   2007, in light of the need for the defendant's counsel to review recently-produced discovery.

26   Failure to grant the requested continuance would unreasonably deny defense counsel reasonable

27   time necessary for effective preparation, taking into account the exercise of due diligence and the

28   **[PROPOSED[ ORDER AND**
     **STIPULATION EXCLUDING TIME**
     **CR 3-07-70270 EDL**

need for counsel to review the discovery with the defendant.

2.  Given these circumstances, the Court found that the ends of justice served by excluding the period from May 17, 2007, to May 25, 2007 outweigh the best interest of the public and the defendant in a speedy trial.  Id. § 3161(h)(8)(A).

3.  Accordingly, and with the consent of the defendant, the Court ordered that the period from May 17, 2007 to May 25, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 5/17/07                                         /s/
                                          STEVE KOENINGER
                                          Counsel for Ghia Roldan Angeles

DATED: 5/17/07                                         /s/
                                          WENDY THOMAS
                                          Special Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: 5/21/07

                                          THE HON. NANDOR J. VADAS
                                          United States Magistrate Judge

**[PROPOSED[ ORDER AND**
**STIPULATION EXCLUDING TIME**
**CR 3-07-70270 EDL**                    2